**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GONZALO ESPINO ESPINO,<br><br>                                Petitioner,<br><br>    v.<br><br>JEREMY CASEY, Warden of the Imperial Regional Detention Facility; GREGORY J. ARCHAMBEAULT, San Diego Field Office Director, Immigration and Customs Enforcement and Removal Operations (ICE/ERO); TODD M. LYONS, Acting Director of U.S. Immigration and Customs Enforcement; KRISTI NOEM, Secretary of the U.S. Department of Homeland Security; and , Attorney General of the United States,<br><br>                              Respondents. | Case No.:  26cv0352 DMS JLB<br><br>**ORDER REQUIRING RESPONSE** |

On January 20, 2026, Petitioner filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241.  Respondents shall file their response to the Petition on or before by **January 27, 2026**.  Petitioner shall file his reply on or before **February 2, 2026**.  Unless the Court orders otherwise, the matter will be submitted on the papers without oral argument.

1

To maintain the status quo, Respondents, their officers, agents, servants, employees, attorneys, and other persons who act in concert or participation with Respondent **MUST NOT** transfer Petitioner outside the Southern District of California pending the Court's resolution of the Petition. *See Doe v. Bondi*, Case No.: 25-cv-805-BJC-JLB, 2025 WL 1870979 at *1 (S.D. Cal. June 11, 2025) ("Federal courts retain jurisdiction to preserve the status quo while determining whether [they have] subject matter jurisdiction over a case and while a petition is pending resolution from the court.") (collecting cases).

**IT IS SO ORDERED**.

Dated:  January 22, 2026

Hon. Dana M. Sabraw
United States District Judge

26cv0352 DMS JLB