# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GONZALO ESPINO ESPINO,<br><br>Petitioner,<br><br>v.<br><br>JEREMY CASEY, Warden of the Imperial Regional Detention Facility; et al.,<br><br>Respondents. | Case No.: 26cv0352 DMS JLB<br><br>**ORDER GRANTING PETITION** |

This case comes before the Court on the Petition for Writ of Habeas Corpus. Respondents filed a response to the Petition in which they concede Petitioner appears to be a member of the bond-eligible class certified in *Maldonado Bautista v. Santacruz*, Case No. 5:25-cv-01873-SSS-BFM, 2025 WL 3288403 (C.D. Cal. Nov. 25, 2025), and is therefore entitled to a bond hearing. (ECF No. 4.) Petitioner argues that, while he is entitled to a bond hearing pursuant to 8 U.S.C. § 1226(a), the most appropriate remedy is to grant his immediate release. (ECF No. 5.) Petitioner requests, in the alternative, an individual bond hearing by a neutral arbiter within seven (7) days. (*Id.*)

Considering the above, the Court grants the Petition and orders Respondents to arrange an individualized bond hearing for Petitioner before an immigration court within

seven (7) days of this Order. Because § 1226(a) establishes a discretionary detention framework, there remains the possibility that Petitioner will be detained even after a bonding hearing. As such, the Court denies Petitioner's request for immediate release. On or before **February 23, 2026**, the parties shall file a Joint Status Report confirming Petitioner has been provided with a bond hearing and the result of that hearing. In that Report, the parties shall also provide their respective positions on whether a further order on the Petition is necessary or if the case may be dismissed as moot.

**IT IS SO ORDERED.**

Dated: February 12, 2026

Hon. Dana M. Sabraw
United States District Judge