# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GONZALO ESPINO ESPINO,<br><br>                              Petitioner,<br><br>        v.<br><br>JEREMY CASEY, Warden of the Imperial Regional Detention Facility; GREGORY J. ARCHAMBEAULT, San Diego Field Office Director, Immigration and Customs Enforcement and Removal Operations (ICE/ERO); TODD M. LYONS, Acting Director of U.S. Immigration and Customs Enforcement; KRISTI NOEM, Secretary of the U.S. Department of Homeland Security; and PAMELA BONDI, Attorney General of the United States,<br><br>                              Respondents. | Case No.:  26cv0352 DMS JLB<br><br>**ORDER DISMISSING CASE** |

The Court is in receipt of Petitioner's motion to dismiss this case as moot. In accordance with Petitioner's request, the Court dismisses this case as moot. With this dismissal, the February 27, 2026 status conference is vacated.

**IT IS SO ORDERED**.

Dated:  February 25, 2026

Hon. Dana M. Sabraw
United States District Judge

1

26cv0352 DMS JLB